David Greenberg
Pro Per
1730 S. Federal Hwy Box 140
Delray Beach, Florida 33483
Phone:    (646) 705-2910
Fax:      (561) 431-0750
E-mail: dgreenberg@taxgroupinternational.com

FILED

2012 NOV 30 AM 10: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN
DIVISION

DAVID GREENBERG,

   Plaintiff,

  vs.

WESTERN CPE, a Montana

Corporation; and

STEVEN D. NASH, an individual

Defendants

)  Case No.: SACV 12-2074-CJC (ANx)
)
)  **COMPLAINT AND DEMAND FOR JURY**
)  **TRIAL**
)  **Defamation/Slander/Libel Per Se**
)
)
)
)
)
)

PAID

1521

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

## COMPLAINT AND DEMAND FOR JURY TRIAL
### Defamation/Slander/Libel Per Se

Plaintiff David Greenberg ("Greenberg") sues Western CPE and Steven D. Nash (collectively "Defendants") and alleges as follows:

1.    Plaintiff David B. Greenberg ("Plaintiff" or "Greenberg") is a resident of Palm Beach County, Florida, and maintains an office at 5700 Old Ocean Blvd, Unit C, Ocean Ridge, Florida and is engaged in the profession of providing tax, accounting, investment and financial advice.  Greenberg is a retired CPA, certified as an Enrolled Agent, Registered Tax Return Preparer, member of the Chartered Financial Accountants association and member of the Certified Market Technician association.

2.    Defendant Western CPE ("Western CPE") is located at 243 Pegasus Drive, Bozeman, Montana 59718 is a Montana corporation engaged in the providing educational services throughout the country including providing continuing professional education ("CPE") to certified public accountants ("CPAs") on behalf of the California Board of Accountancy ("CBA").

3.    Defendant Steven D. Nash ("Nash") is located at 9235 Silverwood CT, Granite Bay, California  95746 is a California CPA who writes courses for Western and practices as a CPA in California.

1  4.    The true names of Does defendants one through fifty are
2  unknown to Plaintiff at this time so the Does are being sued
3  fictitiously and the complaint will be amended to include their
4  true names once they become known.  Does one though fifty will
5  likely be inclusive of individuals like Michael Hammersley the
6  CBA informant, Donald Driftmier a CBA Board member and the CBA
7  itself once further discovey and investigation has been
8  completed.

9

10                    **JURISDICTION**

11

12  7.    This Court has jurisdiction pursuant to 28 U.S.C.
13  1332(a)(1), There is complete diversity in this action as
14  Plaintiffs are informed and believe that Defendants are not
15  residents of or domiciled in the same state as Plaintiff.
16  Defendants, Western and Nash conduct substantial business in
17  Orange County California.  Plaintiff an individual, is not
18  domiciled in nor is a resident of the State of California and
19  the amount in controversy is greater than $75,000.

20

21  8.    Venue is proper pursuant to 28 U.S.C.  1391(b(I) because,
22  on information and belief, Defendants conduct substantial
23  business activities in Orange County California.  Accordingly,
24  Defendants reside within this district for the purposes of
25  venue.

26
27
28

9.    Venue is also proper pursuant to 28 U.S.C.  1391(b)(2) because, as alleged herein, the events or omissions giving rise to the claim occurred within Orange County, California.

## GENERAL AND CLAIM ALLEGATIONS
### BACKGROUND

10.  At all relevant times, Defendants transacted and conducted substantial business in Orange County, California.    Moreover, on information and belief the acts alleged herein giving rise to this complaint originated in Orange County, California.

11.  The CBA specifically approved Western's provision of a mandatory CBA ethics course for California CPA's: "California Ethics Regulatory Review Course 4100555, hereinafter referred to as "CBA mandated Ethics Course".  See Exhibit 1, "Board Approved Regulatory Review Courses", Exhibit 2, the first two pages and page 89 of the CBA mandated Ethics Course and Exhibit 3, Certificate of Completion of the CBA mandated Ethics Review Course by Greenberg on 10-19-2012.  All information contained in Exhibits 2 and 3 was provided to Greenberg on 10-19-2012 and as of this filing is still available as is.

12.  The CBA mandated Ethics Course was written by Defendant Steven D. Nash ("Nash") of 9235 Silverwood CT, Granite Bay, California  95746 and Western charges $45.00 for … California CPAs and others to take the test and obtain the necessary CPEs to maintain a valid CPA license.  See Exhibit 4, Receipt from Western CPE to Greenberg for the course.

13.   The CBA mandated Ethics Course contains a description on page 89 of how Plaintiff David Greenberg ("Greenberg") of 5700 Old Ocean Blvd, Ocean Ridge Florida  33435 had his CPA revoked by the CBA via "default decision" on February 23, 2009.  See page 3 of Exhibit 2 which is page 89 of Western's CBA mandated Ethics Course.

## DEFENDANTS LIBEL, DEFAMATION AND SLANDER PER SE

14.   Western and Nash also knowingly made the following false statements on page 89 of the CBA mandated Ethics Course:

   A. Greenberg participated in selling fraudulent tax shelters while at KPMG.

   B. Greenberg caused KPMG to fail to register tax shelters with the IRS.

   C. Greenberg prepared false documentation to be included in tax returns.

   D. Greenberg caused to be or prepared fraudulent tax returns.

   E. Greenberg conspired with unlicensed persons to commit tax fraud.

   F. Greenberg's personal returns contained fraudulent tax losses.

15.   In fact, in July of 2010 at a CBA hearing Greenberg explained to the CBA under penalties of perjury that not were such statements completely false but that in December of 2008 at a criminal trial Greenberg was found innocent of any such

1   allegations with the Judge at trial specifically stating an
2   injustice had been served upon Greenberg and the U.S.
3   prosecutors had "misled" him about Greenberg.   Further, the IRS
4   has never even alleged let alone charged Greenberg with
5   committing personal tax fraud from 1999 to 2004.
6
7   16.   Western and Nash were very well aware of the public hearing
8   and Greenberg's denial of all the charges not to mention
9   Greenberg's acquittal at trail of the very same allegations.
10
11  17.   Western and Nash go on to intentionally falsely state on
12  page 89 of the CBA mandated Ethics Course the following:
13       "After being sanctioned by the IRS, the Board of Accountancy
14        initiated its disciplinary process"
15
16  18.   The IRS never sanctioned Greenberg.   In fact, Greenberg's
17  privileges to practice before the IRS have never been suspended
18  or otherwise hindered by the IRS and to this day Greenberg is
19  authorized under "Circular 230" or otherwise to practice and
20  represent clients before the IRS.
21
22  19.   As Western and Nash very well know the Board of Accountancy
23  (the CBA) initiated its disciplinary process in the fall of 2008
24  while Greenberg was on trial for the very same false statements
25  made by Western and Nash (not including the false statements
26  that the IRS "sanctioned" Greenberg) and from which Greenberg
27  was acquitted and exonerated of all charges in December of 2008.
28

1    No mention is made by Western and Nash in their knowingly false
2    recitation of facts.
3
4    20.  Specifically, by example, and without limitation,
5    Defendant's written false statements are defamatory for the
6    following reasons:
7
8    a.   The statements quoted above falsely accuse Plaintiff of
9    being dishonest generally, and
10
11   b.   specifically dishonest in his profession, being  liar,
12   committing tax fraud and selling fraudulent tax shelters.
13
14   21.  The statements quoted above falsely accuse Plaintiffs of
15   committing crimes and conspiring to commit crimes.
16
17   22.  The statements quoted above falsely accuse Plaintiff of
18   committing fraud on the courts and conspiring to commit fraud on
19   the court.
20
21   23.  Plaintiff's business is highly competitive, in that there
22   are many firms and practitioners providing services covering the
23   same practice area in which Plaintiff practices.
24
25   24.  Individuals select a financial advisor based largely, if
26   not exclusively, on the reputation of the advisor.   To this
27   end, Plaintiffs' reputation is critically important to
28   successfully marketing the services to prospective clients.

Conduct which casts a professional in a negative light, or which places them in disrepute, can discourage potential clients from hiring Plaintiff to represent them, and can
encourage clients to seek representation at other firms.

25.  The above allegations constitute libel per se, in that they accuse Plaintiff of acts of moral turpitude and conduct incompatible with the exercise of his profession.

26.  Defendants acted intentionally, with actual malice, when they published the false written statements to the business, media and college communities at large and did so to intentionally damage Plaintiff's business and reputation and did so without any justification.

27.  By publishing the false written statements to the business and college communities, Defendants purposely communicated these publications to countless third persons in California and the rest of the United States (including Florid where Greenberg resides).

28.  As a direct, proximate and foreseeable result of the above described defamation, Plaintiff has suffered damages and will continue to suffer damages in an amount in excess of $10 million, which includes damage to their reputation, humiliation and depression, mental pain and anguish, and an impairment of their ability to work in his profession.

1   WHEREFORE, based upon the foregoing, the Plaintiffs would pray
2   for entry of a
3   judgment as follows:
4
5   1.   For temporary, preliminary and permanent injunctive relief
6   enjoining defendant
7   from publishing further defamatory statements;
8
9   2.   For damages of not less than $10 million,, in an exact
10  amount to be proven at trial;
11
12  3.   For special damages in an amount to be proven at trial.
13
14  4.   For punitive damages in an amount sufficient to punish
15  Defendants and to deter
16  them from engaging in wrongful conduct in the future, with the
17  exact amount to be proven at trial;
18
19  5.   For interest, attorneys' fees and costs, and
20
21  6.   For such other relief as this Court may deem to be
22  equitable and just.
23
24              DEMAND FOR TRIAL BY JURY
25              Plaintiffs hereby demand trial of all causes by
26        jury.
27
28

1    Respectfully submitted:

2    DATED: November 29, 2012

3

4                                              David Greenberg

5                                              By:

6

7                                              David Greenberg

8                                              Pro Per

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐X) | DEFENDANTS |
|---|---|
| DAVID GREENBERG | WESTERN CPE AND STEVEN D. NASH |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| DAVID GREENBERG 646-705-2910 1730 S FEDERAL HWY, 140 DELRAY BEACH, FLA  33435 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐X 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐X 4 |
| Citizen of Another State | ☐X 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐X 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐X Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐X No        ☐ MONEY DEMANDED IN COMPLAINT: $ 10,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
LIBEL AND SLANDER PER SE 28 USC SECTION 1332 (a)(1) (DIVERSITY)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐X 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | |
| ☐ 490 Cable/Sat TV | ☐ 350 Motor Vehicle | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 441 Voting | ☐ 830 Patent |
| ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: **SACV12-02074 CJC (ANx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | DAVID GREENBERG, FLORIDA |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| STEVEN D NASH, ORANGE COUNTY<br>WESTERN CPE, ORANGE COUNTY |  |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   11-30-12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV12- 2074 CJC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:



[ ]  **Western Division**
     **312 N. Spring St., Rm. G-8**
     **Los Angeles, CA 90012**

[X]  **Southern Division**
     **411 West Fourth St., Rm. 1-053**
     **Santa Ana, CA 92701-4516**

[ ]  **Eastern Division**
     **3470 Twelfth St., Rm. 134**
     **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

DAVID GREENBERG
1730 S FEDERAL HWY, 140
DELRAY BEACH, FLA  33483

)
)
)
)
DAVID GREENBERG )
——————————————— )
*Plaintiff(s)* )
v. )    Civil Action No.   **SACV12-02074 CJC (ANx)**
WESTERN CPE AND STEVEN D. NASH )
)
)
——————————————— )
*Defendant(s)* )

**FOR OFFICE USE ONLY**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID GREENBERG
1730 S FEDERAL HWY, 140
DELRAY BEACH, FLA  33483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11-30-12   _____        **LORI WAGERS**    _____
*Signature of Clerk or Deputy Clerk*



1225

**FOR OFFICE USE ONLY**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: