UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID GREENBERG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WESTERN CPE, a Montana Corporation; and STEVEN D. NASH, an individual,<br><br>　　　　Defendants. | Case No.: SACV 12-02074-CJC(ANx)<br><br>JUDGMENT |

After consideration of the papers in support of and in opposition to the Motion for Summary Judgment brought by Defendants Western CPE and Steven D. Nash, and the oral arguments of counsel and Mr. Greenberg at the hearing on this matter on April 15, 2013, the Court hereby renders the following decision and judgment:

Judgment is granted in favor of Defendants Western CPE and Steven D. Nash on the claims of Plaintiff David Greenberg.

1 | The basis for this summary judgment is set forth in the Court's Order dated April 15, 2013, issued concurrently herewith. This document shall constitute the judgment for purposes of Federal Rule of Civil Procedure 58.

DATED: April 15, 2013

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE